**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────────

**No. 08-7135**

─────────────────

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

     v.

ANGELO ALBERT PLATER,

               Defendant – Appellant.

─────────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge.  (8:97-cr-00408-PJM-1)

─────────────────

Submitted:  April 16, 2009       Decided:  April 22, 2009

─────────────────

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

─────────────────

Affirmed by unpublished per curiam opinion.

─────────────────

Sapna Mirchandani, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Greenbelt, Maryland, for Appellant.  Deborah A. Johnston, Assistant United States Attorney, Greenbelt, Maryland, Barbara Slaymaker Sale, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

─────────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Albert Plater appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. See United States v. Hood, 556 F.3d 226 (4th Cir. 2009). Accordingly, we affirm for the reasons stated by the district court. United States v. Plater, No. 8:97-cr-00408-PJM-1 (D. Md. filed June 24, 2008; entered June 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED